Van Rensselaer Halsey et al., Individually and as Partners of the Firm of C. D. Halsey & Co., Respondents, *v.* Corn Exchange Bank Trust Company, Appellant. (Actions Nos. 1 and 2.)

(Argued October 18, 1934; decided November 20, 1934.)

638

*Frank C. Laughlin, Francis S. Quinn* and *Stewart W. Bowers* for appellant.

*Carroll G. Walter* for respondents.

In each case, judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.  Not sitting: LEHMAN, J.